UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALLAN WRIGHT<br><br>Plaintiff,<br><br>ZACKY & SONS POULTRY, LLC,<br><br>Defendant. | Civil Action No. 1:15-CV-00750--SMS<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

Pursuant to the Stipulation of Dismissal with Prejudice filed by the Parties in this matter. It is ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED
Dated: October 21, 2015

/s/ Lawrence J. O'Neill
United States District Judge